## Amended Complaint Synopsis

| | |
|---|---|
| **Name:** | Jipson, Eric III |
| **Address:** (City & State Only) | Lincoln, ME |
| **Year of Birth and Age:** | 1999/24 |
| **Violations:** | **Counts 1 and 2:** OUI 36 C.F.R. §4.23(a)(1) and (2)(Class B Misdemeanors). |
| **Penalties:** | **Counts 1 and 2:** Imprisonment of not more than 6 months (or up to 5 years probation), $5,000 fine, or both. 36 C.F.R. §1.3(a); 18 U.S.C.§§ 3561(c)(2), 3571(a)(6). |
| **Supervised Release:** | N/A |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | N/A |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | N/A |
| **Defendant's Attorney:** | Matt Morgan, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Park Rangers – National Park Service/Steven Greenleaf |
| **Detention Status:** | Released on conditions |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Hancock |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply?   Y/N** | No |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | N/A |

| **Assessments:** | **Counts 1 and 2:** $10.00 each.  18 U.S.C. § 3013(a)(1)(A)(ii). |
|---|---|