UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Case No.  1:24-mj-00222-JCN |
| ) | |
| ERIC AMOS JIPSON       ) | |

**DEFENDANT'S UNOPPOSED MOTION TO AMEND CONDITIONS OF PROBATION**

NOW COMES Defendant, by and through undersigned counsel, and hereby moves this Court to amend his conditions of probation to strike standard condition No. 10 and states as follows.

Standard Condition No. 10 of supervision provides that "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)." Defendant and the Government had not intended or contemplated that this standard condition would apply to Defendant considering the nature of his misdemeanor offense and lack of prior history.

Defendant's conviction in no way involved the use of a firearm or dangerous weapon and he has no prior history of a criminal use of dangerous weapons. Defendant is not a prohibited person from possessing firearms. Defendant regularly uses firearms for hunting and recreation. Pretrial services monitored Defendant during his pretrial release, including making a home visit. Defendant was permitted to possess firearms at the time of that home visit and there were no issues reported by Pretrial Services, which was made are of the firearms by Defendant during the visit.

Counsel for Defendant contacted the Attorney for the Government and it does not oppose Defendant's request to strike Standard Condition No. 10.

Counsel for Defendant contacted Probation and it does oppose Defendant's request to strike Standard Condition No. 10.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Court strike standard Condition No. 10 from his conditions of probation.

Date:  October 3, 2024               /s/Matthew D. Morgan
                                     MATTHEW D. MORGAN
                                     McKee Morgan, P.A.
                                     133 State Street
                                     Augusta, ME.  04330
                                     (207) 620-8294
                                     *mmorgan@mckeemorgan.com*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC AMOS JIPSON )   | Case No. 1:24-mj-00222-JCN |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2024, I electronically filed Defendant's Unopposed Motion to Amend Conditions of Probation with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Andrew McCormack, AUSA, United States Attorney's Office.

Date: October 3, 2024

/s/Matthew D. Morgan
MATTHEW D. MORGAN
McKee Morgan, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
mmorgan@mckeemorgan.com